
41-16 35th Avenue • Long Island City, NY 11101
718.326.1392 •jsoken@trevocontracting.com

**CONTRACT** 

| Name: | | Client ID | Date |
|---|---|---|---|
| Nancy Rojas | | NanRo | 10/14/2014 |
| Address: | | Site ID | Contract |
| 33-53 70th Street | | 3353 70th St | 2A |
| Jackson Heights, NY 11372 | | | |

# PAID

| Description | Qty. | Old Rate | Amount |
|---|---|---|---|
| **PROJECT: APARTMENT 2A -** | | | |
| **Contract Total** | | | 16,000.00 |
| **GENERAL** | | | |
| - Supply and Install new locks in entire apartment | | | |
| - Paint all doors and walls throughout, with lead free paint | | | |
| | | | |
| **KITCHEN** | | | |
| - Supply and install new counter | | | |
| - Supply and Install new cabinets | | | |
| - Supply and Install new refrigerator | | | |
| - Supply and Install new stove | | | |
| - Supply and install new sink and faucets | | | |
| - Spackle and paint all walls | | | |
| - Spackle and paint all ceilings | | | |
| | | | |
| **LIVING ROOM** | | | |
| - Spackle and Paint all walls and ceilings | | | |
| - Sand, stain and poly floors | | | |
| - Fix Door and Window frames and paint | | | |
| - Supply and Install new light fixtures | | | |
| - Clean windows | | | |
| - Fix Door and Window frames and paint | | | |
| | | | |
| **BATHROOM** | | | |
| - Supply and Install New toilet | | | |
| - Supply and Install new sink and cabinet | | | |
| - Supply and Install new mirror cabinet | | | |
| - Supply and Install new grout on tiles, and scrape out old grout. | | | |
| - Supply and Install new tiles where needed | | | |
| - Spackle and paint all ceilings | | | |
| - Supply and Install new bathroom door | | | |
| | | | |
| **BEDROOM** | | | |
| - Spackle and paint frames | | | |
| - Spackle and paint walls | | | |
| - Supply and install new light fixture in ceiling | | | |
| - Spackle and paint ceiling | | | |
| - Sand, Stain, and poly Floors | | | |
| | | | |
| **CLOSETS** | | | |
| - Spackle and paint walls, ceiling inside closets, supply and install new doors and lockets. | | | |
| | | | |
| **PAID IN FULL** | | | |
| | Subtotal | | 16,000.00 |
| *Andrea Mur* | Total | | $ 16,000.00 |